UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TAMMY GRAVES )
Plaintiff )
 )
 ) Civil Action No.
 ) 1:14-cv-10424 LTS
V. )
CAROLYN W. COLVIN, )
Acting Commissioner of the Social )
Security Administration )
Defendants )

## JUDGMENT

SOROKIN, J.

The Court hereby enters a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure reversing the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand to the Commissioner for further proceedings.

IT IS ORDERED AND ADJUDGED:

/s/ Leo T. Sorokin
UNITED STATES DISTRICT JUDGE

April 14, 2015